PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Edwin Castillo      **Docket Number:** 02-00039-001

**Name of Sentencing Judicial Officer:** The Honorable Dennis M. Cavanaugh, U.S.D.J.

**Date of Original Sentence:** 10/11/2002

**Original Offense:** Distribution of Heroin

**Original Sentence:** 60 months imprisonment; 4 years supervised release.

**Type of Supervision:** Supervised release      **Date Supervision Commenced:** 05/24/2006

**Assistant U.S. Attorney:** 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X]   To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On July 1, 2007, Castillo was arrested by officers of the Perth Amboy Police Department and charged with aggravated assault with a weapon, possession of a weapon for an unlawful purpose, and possession of a weapon. On December 17, 2007, Castillo was convicted of the charge of aggravated assault with a weapon in the Superior Court of New Jersey in Middlesex County. On February 29, 2008, he was sentenced to four years probation and assessed $205. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On or about April 22, 2008, Castillo was arrested by deputies of the U.S. Marshal's Service and charged with cocaine possession. |
| 3 | The offender has violated the supervision condition which states '**The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**' On May 24, 2006, Castillo was released from the custody of the Bureau of Prisons (F.C.I. Fort Dix) and never reported to the U.S. |

PROB 12C - Page 2
Edwin Castillo

Probation Office for the District of New Jersey within the requisite 72 hours or anytime thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Paul E. Choinski
By:  Paul E. Choinski
       U.S. Probation Officer
Date:  4/23/08

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[   ] The Issuance of a Summons.  Date of Hearing: _____.
[   ] No Action
[   ] Other

_____
Signature of Judicial Officer

23 APRIL 2008
Date

**Dennis M. Cavanaugh**
**U.S. District Judge**