PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Edwin Castillo    a/k/a Sandro Osoria          **Docket Number:** 02-00039-001

**Name of Sentencing Judicial Officer:** The Honorable Dennis M. Cavanaugh, U.S.D.J.

**Date of Original Sentence:** 10/11/2002

**Original Offense:** Distribution of Heroin

**Original Sentence:** 60 months imprisonment; 4 years supervised release.

**Type of Supervision:** Supervised release          **Date Supervision Commenced:** 05/24/2006

**Assistant U.S. Attorney:** 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]   To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On April 21, 2008, Castillo was arrested by members of the U.S. Marshal's Service N.Y./N.J. Regional Fugitive Task Force after he was found to be in possession of cocaine. This matter is pending in the New Jersey Superior Court in Union County. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On or about April 22, 2008, Castillo was arrested by deputies of the U.S. Marshal's Service and charged with cocaine possession. |
| 3 | The offender has violated the supervision condition which states '**The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**' On May 24, 2006, Castillo was released from the custody of the Bureau of Prisons (F.C.I. Fort Dix) and never reported to the U.S. Probation Office for the District of New Jersey within the requisite 72 hours or |

PROB 12C - Page 2
Edwin Castillo

anytime thereafter.

4   The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On November 30, 2007, Castillo, using the alias Sandro Osoria, was driving along the Garden State Parkway in East Orange, New Jersey, when he was involved in a serious car accident that critically injured his rear seat passenger B.G.. Castillo was subsequently charged by the Essex County Prosecutor's Office with aggravated assault, driving with a suspended license, and hindering apprehension. On November 3, 2008, Castillo appeared in the Superior Court of New Jersey in Essex County and pled guilty to all three charges. Sentencing in this matter is scheduled for December 22, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 11/6/08



THE COURT ORDERS:

[✗] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/19/08
Date

**Dennis M. Cavanaugh**
U.S. District Judge